FILED
JUN 24 2016
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>DAVID WAYNE SCONCE,<br><br>Defendant/Movant. | Cause No. CR 12-15-M-DLC<br>CV 16-36-M-DLC<br><br>ORDER |

On June 1, 2016, this Court denied Defendant/Movant Sconce's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. On June 23, 2016, Sconce moved for reconsideration and for the appointment of counsel.

Sconce's motion for reconsideration reasserts the claims in his original § 2255 motion. It is, in effect, an unauthorized second motion under 28 U.S.C. § 2255, and this Court has no jurisdiction to entertain it. *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam); *Gonzalez v. Crosby*, 545 U.S. 524, 533-34 (2005); 28 U.S.C. § 2244(b).

Appointment of counsel is not in the interests of justice, *see* 18 U.S.C. § 3006A(a)(2)(B), because the law does not support Sconce's claims, *see* Order (Doc. 46) at 3-4.

A certificate of appealability as to the motion to reconsider, *see United*

1

*States v. Winkles*, 795 F.3d 1134, 1142 (9th Cir. 2015), is not warranted. Sconce has not made a showing that he was deprived of a constitutional right in the criminal case in this Court, 28 U.S.C. § 2253(c)(2), and, consequently, reasonable jurists would find no basis for encouraging further proceedings in this matter, *Gonzalez v. Thaler*, __ U.S. __, 132 S. Ct. 641, 648 (2012).

Accordingly, IT IS HEREBY ORDERED that Sconce's motions to reconsider (Doc. 48) and for appointment of counsel (Doc. 48-2) are DENIED. A certificate of appealability is DENIED.

DATED this 24th day of June, 2016.

Dana L. Christensen, Chief Judge
United States District Court